UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**STANDING ROCK SIOUX TRIBE,** *et al.,*

    **Plaintiffs,**

        v.                        Civil Action No. 16-1534 (JEB)

**U.S. ARMY CORPS OF ENGINEERS,** *et al.,*

    **Defendants.**

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for a Preliminary Injunction is DENIED; and

2. Parties shall appear for the scheduled status conference on September 16, 2016, at 2:00 PM.

    **SO ORDERED.**

                                      /s/ *James E. Boasberg*
                                      JAMES E. BOASBERG
                                      United States District Judge

Date:  September 9, 2016